# United States District Court
## Southern District of Georgia

TREVOR BARNES,

   Plaintiff,

v.

CAPTAIN BRET CARANI, et al.,

   Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 116-015

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated February 27, 2018 adopting the Report and Recommendation as the opinion of the Court, that Defendants' motion for summary judgment is granted and this case is dismissed. This case stands closed.

2/27/2018
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk